**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Randy Gean WILLIAMS, a/k/a Malik
Strong, Defendant—Appellant.**

**No. 08–6987.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Sept. 23, 2008.

Randy Gean Williams, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Gean Williams appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 2:99–cr–00116–JBF–2 (E.D.Va. May 6, 2008). We grant Williams' motion to supplement the record pursuant to Fed. R.App. P. 28(j). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*